# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KIM D. EMANUEL & NANCY J. EMANUEL  Case Number: 04-72398
514 SPRUCE DRIVE  SSN-xxx-xx-6409 & xxx-xx-1908
BELVIDERE, IL  61008

Case filed on: 5/5/2004
Plan Confirmed on: 7/9/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $23,261.28      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
| | Total Legal | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
| 998 | KIM D. EMANUEL | 0.00 | 0.00 | 1,661.28 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 1,661.28 | 0.00 |
| 001 | AMCORE BANK NA | 6,750.00 | 6,470.56 | 6,470.56 | 694.47 |
| 002 | AMERICAN GENERAL FINANCE | 250.00 | 250.00 | 250.00 | 11.89 |
| 003 | RESURGENT CAPITAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 7,000.00 | 6,720.56 | 6,720.56 | 706.36 |
| 001 | AMCORE BANK NA | 213.44 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICAN GENERAL FINANCE | 2,446.64 | 2,446.64 | 817.85 | 0.00 |
| 003 | RESURGENT CAPITAL SERVICES | 1,723.63 | 1,723.63 | 576.16 | 0.00 |
| 004 | ACCOUNTS RECEIVABLE MGMT. INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | RESURGENT CAPITAL SERVICES | 211.18 | 211.18 | 70.59 | 0.00 |
| 006 | CAPITAL ONE | 749.07 | 749.07 | 250.39 | 0.00 |
| 007 | CAR CARE ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ROUNDUP FUNDING LLC | 14,360.26 | 14,360.26 | 4,800.23 | 0.00 |
| 009 | RESURGENT CAPITAL SERVICES | 6,773.37 | 6,773.37 | 2,264.15 | 0.00 |
| 010 | CREDITORS PROTECTION SERVICE, INC | 309.97 | 309.97 | 103.61 | 0.00 |
| 011 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PORTFOLIO RECOVERY ASSOCIATES | 2,147.32 | 2,147.32 | 717.79 | 0.00 |
| 014 | PORTFOLIO RECOVERY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | US CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | AMCORE BANK NA | 995.27 | 995.27 | 332.69 | 0.00 |
| 017 | ROCKFORD MERCANTILE AGENCY INC | 590.85 | 590.85 | 197.50 | 0.00 |
| | Total Unsecured | 30,521.00 | 30,307.56 | 10,130.96 | 0.00 |
| | Grand Total: | 40,121.00 | 39,628.12 | 21,112.80 | 706.36 |

Total Paid Claimant:     $21,819.16
Trustee Allowance:       $1,442.12
Percent Paid Unsecured:     33.43

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/01/2007      By  /s/Heather M. Fagan